Notice of Returned Mail to Debtor/Debtor's Attorney

October 29, 2015

From: United States Bankruptcy Court, Southern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Brenda C Golden, Case Number 15-35444, jb

United States ~~~~~ Courts
Southern District of Texas
FILED

NOV 17 2015

David J. Bradley, Clerk of Court

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Denise ~~Heath~~ Woodrum
5080 Spectrum Dr
Suite BSOE
Addison, TX 75001-4648

THE UPDATED ADDRESS IS:
6565 Rockridge Trail
Aubrey, TX. 76227

_Brenda Golden Hutschler_   11-12-15
Signature of Debtor or Debtor's Attorney   Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Re-mailed

1

019351   8030401937001 4